## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>    Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>    Defendants. | Civil Action No. 19-3323 (EGS) |

## JOINT STATUS REPORT

Pursuant to the Court's February 14, 2020, Minute Order, Defendants U.S. Department of Housing and Urban Development ("HUD"), *et al.* ("the Defendants") and Plaintiff Democracy Forward Foundation ("Plaintiff"), by and through undersigned counsel, hereby submit the following Joint Status Report:

1.   Plaintiff filed its Complaint in this action on November 5, 2019 (ECF No. 1), pursuant to the Freedom of Information Act ("FOIA"), and Defendants answered on January 13, 2020 (ECF No. 9).

2.   In the Joint Status Report, filed February 13, 2020, the parties informed the Court of the following:

   a. That Defendant U.S. Interagency Council on Homelessness ("USICH") completed its searches and production on February 11, 2020;

   b. That the Office of Justice Programs ("OJP") conducted a search, which generated 227 potentially responsive pages, that OJP sent documents to other agencies for third-party consultations, and that OJP was awaiting a response before making an initial production; and

    c. HUD had located 25,012 potentially responsive records but did does not yet have a page count.

    d. The parties further informed the Court that they did not anticipate an Open America stay to be necessary in this case, and that any briefing schedule should be postponed until processing and production of records is complete.

3. OJP reports that it has received responses from the third parties and is completing its final processing of the 227 potentially responsive pages. OJP will produce the responsive pages, subject to applicable exemptions and withholdings, within the next 30 days. This will constitute OJP's final production.

4. Plaintiff and Defendant HUD have consulted on the search for documents and are in active discussions regarding the scope of the search for responsive documents and making the processing of responsive documents more manageable.

5. Based on the above, the parties propose that they submit another Joint Status Report by April 6, 2020, in which they will inform the Court of a propose a production schedule.

Dated: March 13, 2020        Respectfully submitted,

        TIMOTHY J. SHEA, D.C. Bar No. 437437
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar No. 924092
        Chief, Civil Division

        By: ___/s/_____
        DARRELL C. VALDEZ, D.C. Bar No. 420232
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2507
        Darrell.Valdez@usdoj.gov

        *Counsel for Defendant*

/s/
ROBIN F. THURSTON
D.C. Bar No. 1531399
Democracy Forward Foundation
1333 H Street, N.W., Suite 1100
Washington, DC 20005
Telephone: 202-701-1775
Email: rthurston@democracyforward.org

*Counsel for Plaintiff*