IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>　　　Defendants. | Civil Action No. 19-3323 (EGS) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 7, 2020, Minute Order, Defendants U.S. Department of Housing and Urban Development ("HUD"), *et al.* ("the Defendants") and Plaintiff Democracy Forward Foundation ("Plaintiff"), by and through undersigned counsel, hereby submit the following Joint Status Report:

1.　Plaintiff filed its Complaint in this action on November 5, 2019 (ECF No. 1), pursuant to the Freedom of Information Act ("FOIA"), and Defendants answered on January 13, 2020 (ECF No. 9).

2.　Defendant U.S. Interagency Council on Homelessness ("USICH"):

　　a. USICH completed its searches and production on February 11, 2020;

3.　Defendant Office of Justice Programs ("OJP"):

　　a. In the last Joint Status Report, the Court was informed that OJP was in the process of its final review of the 227 pages of potentially responsive pages.

　　b. On April 10, 2020, OJP made a production to Plaintiff with some redactions made pursuant to Exemptions 5 and 6 of FOIA.

   c. This was OJP's complete and final production.

4. Defendant HUD:

  a. The Parties informed the Court in the last Joint Status Report that Plaintiff and Defendant HUD had successfully negotiated narrowed search terms, and that HUD agreed to review and process any potentially responsive records based upon Plaintiff's requested prioritization. As a result, Defendant HUD processed 567 pages of documents and released all 567 pages on March 31, 2020. Some of the pages contained redactions of information pursuant to FOIA Exemptions 5 and 6.;

  b. On April 30, 2020, HUD processed 458 pages and released 458 pages with redactions pursuant to Exemption 5 of FOIA.

  c. On May 29, 2020, HUD processed 750 pages, found 310 pages to be responsive, and released all 310 pages with redactions pursuant to Exemptions 5 and 6 of FOIA.

  d. Defendant HUD is continuing its search for responsive records and will make rolling reviews/releases on a monthly basis until completed. Each month's production will be based on a review of 500 pages of potentially responsive records.

5. Based on the above, the Parties propose that they submit another Joint Status Report by August 4, 2020.

Dated:  June 8, 2020                              Respectfully submitted,


                                            MICHAEL R. SHERWIN
                                            Acting United States Attorney

                                            DANIEL F.  VAN HORN, D.C.  Bar No.  924092
                                            Chief, Civil Division

                                            By:___/s/_____
                                            DARRELL C. VALDEZ, D.C. Bar No. 420232
                                            Assistant United States Attorney
                                            555 Fourth Street, N.W.
                                            Washington, D.C.  20530
                                            (202) 252-2507
                                            Darrell.Valdez@usdoj.gov

                                            *Counsel for Defendant*



                                            _____/s/_____
                                            ROBIN F. THURSTON
                                            D.C. Bar No. 1531399
                                            Democracy Forward Foundation
                                            1333 H Street, N.W., Suite 1100
                                            Washington, DC 20005
                                            Telephone: 202-701-1775
                                            Email: rthurston@democracyforward.org

                                            *Counsel for Plaintiff*